# EXHIBIT 1



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
### ONE ASHBURTON PLACE
### BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

September 22, 2023

William G. Madsen, Esq.
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford, CT 06103

RE:     Miguel Sanchez Maldonado
        Request for Private Right of Action against Sound Seal Inc.

Dear Attorney Madsen:

Thank you for contacting the Office of the Attorney General's Fair Labor Division.

Massachusetts General Laws Chapter 149, § 150, and Chapter 151, §§ 1B and 20 establish a private right of action for employees who believe they are victims of certain violations of the state wage laws.

This letter is to inform you that we are authorizing you to pursue this matter through a private civil lawsuit.  If you elect to sue in civil court, you may bring an action on your own or your clients' behalf, and on behalf of other similarly situated workers.

This office will not pursue an investigation or enforcement at this time.

                    Sincerely,

                    Fair Labor Division
                    Office of the Massachusetts Attorney General
                    (617) 727-3465