UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 3:23-cv-30115-MGM

| | |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated | ) ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| SOUND SEAL INC., | ) ) |
| *Defendant.* | ) ) |

## NOTICE OF APPEARANCES

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearances of Kurt F. Fliegauf and Brendan P. Kelley as counsel of record in this action for defendant Sound Seal Inc.

 

SOUND SEAL INC.,

By its attorneys,

/s/ Kurt B. Fliegauf
Kurt B. Fliegauf (BBO #564329)
Brendan P. Kelley (BBO #689071)
CONN KAVANAUGH
ROSENTHAL PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
kfliegauf@connkavanaugh.com
bkelley@connkavanaugh.com

Dated: December 11, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all parties who have appeared and registered with CM/ECF.

                                                               /s/ Brendan P. Kelley

3474761.1 10959.000