UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 3:23-cv-30115-MGM

|  |  |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) |
| SOUND SEAL INC., | ) ) |
| *Defendant*. | ) ) |

**ASSENTED-TO MOTION FOR LEAVE OF COURT
FOR ADMISSION *PRO HAC VICE* OF COURTNEY J. PETERSON**

Pursuant to Local Rule 85.5.3., Kurt B. Fliegauf of Conn Kavanaugh Rosenthal Peisch & Ford LLP, respectfully moves for admission *pro hac vice* of Courtney J. Peterson ("Attorney Peterson") of the law firm Bryan Cave Leighton Paisner LLP as counsel for Defendant Sound Seal Inc., in the above-captioned proceeding. In support of this motion, as set forth in the Certification of Attorney Peterson, attached at **Tab A**, Kurt B. Fliegauf states as follows:

1. Attorney Peterson is a partner with the law firm Bryan Cave Leighton Paisner with offices located at 1290 Avenue of the Americas, New York, NY 10104.

2. Attorney Peterson is a member in good standing of the Bar of the State of New Jersey and the State of New York. She is also admitted to practice before the United States Court of Appeals for the Second Circuit, the United States District Courts for the District of New Jersey, the Eastern District of New York, and the Southern District of New York.

3. Attorney Peterson is not the subject of any disciplinary proceedings pending in any jurisdiction in which she is a member of the Bar.

4. Attorney Peterson has not previously had a *pro hac vice* admission to this Court (or other admission for limited purpose under this rule) revoked for misconduct.

5. Attorney Peterson is familiar with, and will follow, the Local Rules of the United States District Court for the District of Massachusetts.

6. Attorney Peterson will register with the Court's CM/ECF System.

7. The $125.00 fee will be paid upon the filing of this Motion, as required by Rule 83.5.3(e)(4).

WHEREFORE, Defendant respectfully request that this Court **ALLOW** this motion.

Respectfully submitted,
Defendant,
SOUND SEAL INC.,
By its counsel,

*/s/ Kurt B. Fliegauf*
Kurt B. Fliegauf (BBO #564329)
Brendan P. Kelley (BBO #689071)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
kfliegauf@connkavanaugh.com
bkelley@connkavanaugh.com

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(a)(2), the undersigned conferred with counsel for Plaintiff and Plaintiff assents to this motion.

*/s/ Brendan P. Kelley*
Brendan P. Kelley

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all parties who have appeared and registered with CM/ECF.

                                          */s/ Brendan P. Kelley*
                                           Brendan P. Kelley