# TAB A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SOUND SEAL INC.,<br><br>　　　　Defendant. | C.A. No. 3:23-cv-30115-MGM |

**CERTIFICATION OF ATTORNEY COURTNEY J. PETERSON
PURSUANT TO LOCAL RULE 83.5.3(e)(3)(A-D)**

I, Courtney J. Peterson, pursuant to Local Rule 83.5.3(e)(3)(A-D), hereby certify that:

1. I am a partner with the law firm Bryan Cave Leighton Paisner LLP with offices located at 1290 Avenue of the Americas, New York, NY 10104.

2. I have been a member of the Bar of the State of New Jersey since 2007 and the State of New York since 2008. I am also admitted to practice before the United States Court of Appeals for the Second Circuit, the United States District Courts for the District of New Jersey, the Eastern District of New York, and the Southern District of New York.

3. I am a member in good standing of the Bar in every jurisdiction in which I have been admitted to practice, including the Bar of the State of New York and the Bar of the State of New Jersey.

4. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

2

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I have submitted the fee for admission of an attorney to practice to the Clerk of the Court contemporaneously with the filing of this motion.

Signed this 14th day of December 2023 under the pains and penalties of perjury.

> */s/ Courtney J. Peterson*
> Courtney J. Peterson, Esq.