**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>SOUND SEAL INC.,<br><br>               Defendant. | Civil Action No. 3:23-cv-30115-MGM |

## <u>ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF WILLIAM G. MADSEN</u>

I, Raymond Dinsmore, am a member in good standing of the bar of this Court and attorney of record for Plaintiff in this case. My bar number is 667340. Pursuant to Local Rule 83.5.3, I am moving for the admission of William G. Madsen ("Attorney Madsen") to appear *pro hac vice* in this case as counsel for the Plaintiff. Attorney Madsen is a member of the bar of the State of Connecticut and the State of Maine. He is also licensed to practice in the federal courts for the State of Connecticut and the State of Maine, and the Second Circuit Court of Appeals. I have verified that Attorney Madsen is a member in good standing of the bars to which he is admitted, and his Rule 83.5.3 (e)(3) signed certification is attached to this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Attorney Madsen as co-counsel for the Plaintiff in the above-captioned case.

Respectfully submitted,
Plaintiff, MIGUEL SANCHEZ MALDONADO,
on behalf of himself and all others similarly
situated,

Dated:  December 20, 2023        By:        */s/ Raymond Dinsmore*
Raymond Dinsmore (BBO #: 667340)
Hayber, McKenna & Dinsmore, LLC
One Monarch Place, Suite 1340
Springfield, MA 01144
Ph:  (413) 785-1400
Fax: (860) 218-9555
rdinsmore@hayberlawfirm.com

**LOCAL RULE 7.1 (A) (2) CERTIFICATION**

I, Raymond Dinsmore, counsel for Plaintiff in the above-captioned matter, hereby certify that, pursuant to Rule 7.1 (a)(2) of the Local Rules of the United States District Court of Massachusetts, I conferred with counsel for Defendant by email regarding this motion on December 19 to 20, 2023, and Attorney Brendan P. Kelley of Conn Kavanaugh Rosenthal Peisch & Ford, LLP informed me that the Defendant assents to this motion.

**CERTIFICATE OF SERVICE**

I, Raymond Dinsmore, hereby certify that this document, filed through the CMECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 20, 2023, and to any unregistered participants via email.

*/s/ Raymond Dinsmore*
Raymond Dinsmore
