**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated<br>                *Plaintiff*,<br><br>        v.<br><br>SOUND SEAL INC.,<br>                *Defendant*. | Civil Action No. 3:23-cv-30115-MGM |

**CERTIFICATION OF WILLIAM G. MADSEN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, William G. Madsen, pursuant to and in accordance with Local Rule 83.5.3(e)(3), hereby certify that:

1. I am an attorney at law, licensed to practice in Second Circuit Court of Appeals and the state and federal courts in the State of Connecticut and the State of Maine. I am a member of the bar in good standing in all jurisdictions in which I am a member of the bar.

2. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this Court, or other admission for a limited purpose revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

Executed this 19th day of December, 2023, at Hartford, Connecticut.

                                                         */s/ William G. Madsen*
William G. Madsen
Madsen, Prestley & Parenteau, LLC
402 Asylum Street
Hartford CT 06103
Tel. (860) 246-2466
Fax (860) 246-1794
wmadsen@mppjustice.com