UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated<br><br>*Plaintiff*,<br><br>v.<br><br>SOUND SEAL INC.,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 3:23-cv-30115-MGM

**[PROPOSED] ORDER FOR AN ENLARGEMENT OF TIME FOR DEFENDANT SOUND SEAL INC. TO RESPOND TO THE COMPLAINT**

Upon consideration of the submitted motion, the Court hereby grants the Assented-To Motion for an Enlargement of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint, and **ORDERS** that the deadline for Sound Seal Inc. to answer, move, or otherwise respond to the complaint shall be February 26, 2024.

Dated: _____

_____
Hon. Mark G. Mastroianni

3474564.1 10959.000
3517591.1 10959.000