UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SOUND SEAL INC.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 3:23-cv-30115-MGM |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Sound Seal, Inc. ("Sound Seal"), by and through its attorneys, Bryan Cave Leighton Paisner LLP and Conn Kavanaugh Rosenthal Peisch & Ford, LLP, hereby submits this statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states as follows:

1. Catalyst Acoustics Holdings is the parent company of Sound Seal. Catalyst Acoustics Holdings is not a publicly held corporation.

2. No publicly held corporation owns 10% or more of the stock of Sound Seal.

Dated: February 26, 2024

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: */s/ Courtney J. Peterson*
　　　Courtney J. Peterson
1290 Avenue of the Americas
New York, New York 10104
T: (212) 541-3187
F: (212) 541-1487
courtney.peterson@bclplaw.com

1

**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Kurt B. Fliegauf
Brendan P. Kelley
One Federal Street, 15th Floor
T: (617) 348-8221
F: (617) 482-6444
KFliegauf@connkavanaugh.com
BKelley@connkavanaugh.com

*Attorneys for Defendant Sound Seal, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all parties who have appeared and registered with CM/ECF.

                                      */s/ Courtney J. Peterson*
                                      Courtney J. Peterson