UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 3:23-cv-30115-MGM

|  |  |
|---|---|
| MIGUEL SANCHEZ MALDONADO, on behalf of himself and all others similarly situated | ) ) ) ) |
| *Plaintiff*, | ) ) ) |
| v. | ) ) |
| SOUND SEAL INC., | ) ) |
| *Defendant*. | ) ) |

**SOUND SEAL INC.'S MOTION FOR ITS COUNSEL, COURTNEY J. PETERSON, TO APPERAR BY ZOOM, OR IN THE ALTERNATIVE, APPEAR TELEPHONICALLY AT INITIAL SCHEDULING CONFERENCE ON APRIL 2, 2024**

Defendant Sound Seal Inc. ("Sound Seal") hereby requests that this Honorable Court allow its counsel, Courtney J. Peterson ("Attorney Peterson"), to appear by Zoom, or in the alternative, by telephone at the initial scheduling conference currently scheduled for April 2, 2024 at 2:00 p.m.

As grounds for this motion, Sound Seal states:

1. The Court has scheduled an initial scheduling conference to be held on April 2, 2024 at 2:00 p.m. before Katherine A. Robertson, U.S.M.J. at the U.S. District Court, Hampshire Courtroom, 300 State Street, Springfield, MA. (ECF No. 18).

2. Pursuant to the Notice of Scheduling Conference, the Court "considers attendance of the parties ultimately responsible for the case and compliance with Sections (B), (C), and (D) of Local Rule 16.1 to be the utmost importance." (*Id.*).

3. Attorney Peterson is a party ultimately responsible for this case and compliance with Sections (B), (C), and (D) of Local Rule 16.1.

4. Attorney Peterson is required to be in New Jersey for a previously-scheduled hearing at 10:00 a.m. on April 2, 2024.

5. As a result, Attorney Peterson cannot appear in-person for the initial scheduling conference, but she is available to appear by Zoom or by telephone.

WHEREFORE, Sound Seal Inc. respectfully requests that this Honorable Court allow Attorney Peterson to appear by Zoom or, in the alternative, by telephone at the initial scheduling conference on April 2, 2024 at 2:00 p.m.

SOUND SEAL INC.
By its attorneys,

*/s/ Kurt B. Fliegauf*
Kurt B. Fliegauf (BBO #564329)
Brendan P. Kelley (BBO #689071)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
One Federal Street, 15th Floor
Boston, MA 02110
kfliegauf@connkavanaugh.com
bkelley@connkavanaugh.com

Courtney J. Peterson
Bryan Cave Leighton Paisner LLP
1290 Avenue of the Americas
New York, NY 1014
Courtney.peterson@bclaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all parties who have appeared and registered with CM/ECF.

                                            */s/ Brendan P. Kelley*
                                             Brendan P. Kelley

3539962.1 10959.000