UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------------X
MIGUEL SANCHEZ MALDONADO, on behalf
of himself and all others similarly situated,

                        Plaintiff,          **No. 3:23–cv–301115–MGM**

    -against-

                                                **(PROPOSED) JUDGMENT**
SOUND SEAL INC.,

                       Defendant.
-------------------------------------------------------------------X

**The Court Orders that:**

Plaintiff Miguel Sanchez Maldonado recovers from Defendant Sound Seal Inc. the total amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 29).

Dated: Springfield, Massachusetts

        _____, 2024

                                                                    **SO ORDERED:**

                                                         _____
                                                          Hon. Mark G. Mastroianni
                                                          United States District Judge