UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X
MIGUEL SANCHEZ MALDONADO, on behalf :
of himself and all others similarly situated,
:
                              Plaintiff,      :      No. 3:23–cv–30115–MGM
:
       -against-
:      JUDGMENT
SOUND SEAL INC.,
:
                            Defendant.  :
---------------------------------------------------------------------X

**The Court Orders that:**

Plaintiff Miguel Sanchez Maldonado recovers from Defendant Sound Seal Inc. the total amount of Twenty Thousand Dollars and Zero Cents ($20,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 29).

Dated: Springfield, Massachusetts

      6/10/, 2024

SO ORDERED:

*/s/ Mark G. Mastroianni*

Hon. Mark G. Mastroianni
United States District Judge